Argued March 16, affirmed March 16, petition for rehearing denied April 13, petition for review denied May 11, 1971

## STATE OF OREGON, *Respondent, v.* GARY LEE MITCHELL, *Appellant.*

482 P2d 190

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Jacob B. Tanzer,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

MEMORANDUM DECISION.